IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ASHLEY CHANTEL MILLARD, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on January 15, 2015. Neither party objected and

therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Ashley Chantel Millard's

guilty plea after Millard appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846 (Count I) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II-VII of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 57), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Ashley Chantel Millard's motion to change plea (Doc. 39) is GRANTED and Ashley Chantel Millard is adjudged guilty as charged in Count I of the Indictment.

DATED this 10th day of February, 2015.

Dana L. Christensen, Chief District Judge
United States District Court